1  Todd M. Friedman (SBN 216752)
2  Adrian R. Bacon (SBN 280332)
3  LAW OFFICES OF TODD M. FRIEDMAN, P.C.
   21031 Ventura Blvd, Suite 340
4  Woodland Hills, CA 91364
5  Phone: 877-206-4741
   Fax: 866-633-0228
6  tfriedman@toddflaw.com
7  abacon@ toddflaw.com
   *Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARISHA BYARS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE GOODYEAR TIRE AND RUBBER CO., an Ohio corporation; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No.<br><br>5:22−cv−01358−SSS−KK<br><br>**NOTICE OF SETTLEMENT** |

    NOW COMES THE PLAINTIFF by and through their attorney to respectfully notify this Honorable Court that this case has settled as to all named Defendants. Plaintiff requests that this Honorable Court vacate all pending hearing dates and allow sixty (60) days with which to file dispositive documentation. This Court shall retain jurisdiction over this matter until fully resolved.

    ///

| | | |
|---|---|---|
| 1 | Dated: February 15, 2024 | **Law Offices of Todd M. Friedman, P.C.** |
| 2 | | |
| 3 | | By: s/ Adrian R. Bacon |
| 4 | | Adrian R. Bacon |

## CERTIFICATE OF SERVICE

Filed electronically on February 15, 2024, with:

United States District Court CM/ECF system

Notification sent electronically on February 15, 2024, to:

To the Honorable Court, all parties and their Counsel of Record

<u>s/Adrian R. Bacon</u>
   Adrian R. Bacon