Todd M. Friedman (216752)
Adrian R. Bacon (280332)
Matthew R. Snyder (350907)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21031 Ventura Blvd., Suite 340
Woodland Hills, CA 91364
Tel: 323-306-4234
Fax: 866-633-0228
tfriedman@toddflaw.com
abacon@toddflaw.com
msnyder@toddflaw.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARISHA BYARS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE GOODYEAR TIRE AND RUBBER CO., et al.,<br><br>Defendants. | Case No. 5:22-cv-01358-SSS-DTB<br>Judge: The Hon. Sunshine Suzanne Sykes<br><br>**JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

TO THE COURT, CLERK AND ALL PARTIES OF RECORD:

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure ("FRCP"), Plaintiff Arisha Byars and Defendant The Goodyear Tire and Rubber Co., stipulate and jointly request that the Court enter a dismissal of this action with prejudice as to the named Plaintiff and without prejudice as to the putative class.  No class has been certified and no class is proposed to be certified for purposes of settlement as contemplated by FRCP Rule 23(e).  Each party shall bear its own costs and attorneys' fees.

IT IS SO STIPULATED

Respectfully submitted,

Dated:  April 26, 2024            LAW OFFICES OF TODD M. FRIEDMAN, P.C.

                                  By: */s/ Todd M. Friedman*
                                      Todd M. Friedman
                                      Attorney for Plaintiff

Dated:  April 26, 2024            HOLLAND & KNIGHT LLP

                                  By: */s/ Ashley L. Shively*
                                      Ashley L. Shively
                                      Attorney for Defendant

## **SIGNATURE CERTIFICATION**

Pursuant to Section 2(f)(4) of the Electronic Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to counsel for Defendant, and that I have obtained his/her authorization to affix his/her electronic signature to this document.

Dated: April 26, 2024                              Respectfully submitted,

                                                        Law Offices of Todd M. Friedman, P.C.

                                                        By: s/ Todd M. Friedman
                                                           Todd M. Friedman, Esq.
                                                           Attorney for Plaintiffs

1  Filed electronically on this 26th Day of April, 2024, with:

2  United States District Court CM/ECF system.

3  Notification sent electronically on this 26th Day of April, 2024, to:

Honorable Sunshine S. Sykes
United States District Court
Central District of California

And All Counsel of Record as Recorded On The Electronic Service List


/s/ Todd M. Friedman, Esq.
TODD M. FRIEDMAN